UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE JAMES KOTTENBROCK,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondents.

Case No. 2:19-799-JLR

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED WITHOUT PREJUDICE**;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties.

DATED this 14th day of June, 2019.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1